Plaintiff's Name __Enid Marie Flores__
CDCR No. __WG0551__
Address __11121 Bloomfield Ave.__
__Santa Fe Springs, CA.__
__90670__

FILED
CLERK, U.S. DISTRICT COURT
4/27/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

Related DDJ

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~EASTERN~~ Central DISTRICT OF CALIFORNIA
E.M.F.

__Enid Marie Flores__
(Name of Plaintiff)

2:20-cv-03805-DMG(ADS)
(Case Number)

VS.

__Los Angeles Sheriff's Department__
__& /~~California's~~ Century Regional Detention__
__Facility E.M.F__
~~Department of~~ E.M.F.
~~Corrections and~~ E.M.F.
~~Rehabilitation~~ E.M.F
(Names of all Defendants)

CIVIL RIGHTS COMPLAINT UNDER:

☐ 42 U.S.C. 1983 (State Prisoner)

RECEIVED
CLERK, U.S. DISTRICT COURT
4/24/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):

A. Have you brought any other lawsuits while a prisoner? Yes ✓ No ___

B. If your answer to A is yes, how many? __1__

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff __Enid Marie Flores__

Defendants __California's Correctional Womens Facility Et. AL__

2. Court (if Federal Court, give name of District; if State Court, give name of County)
__U.S. District Court (Eastern District of California)__

3. Docket Number __Case #'s 1:19-CV-01681__
   __Case #'s 1:19-CV-01509__

4. Assigned Judge __~~Magistrate~~ E.M.F  Jeremy D. Peterson__
   __Jennifer L. Thurston__

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

_____Still Pending_____

6. Filing Date (approx.) __2019__    7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, A[n]o action shall be brought with respect to prison conditions under [42 U.S.C. * 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.@ 42 U.S.C. * 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, <u>Jones v. Bock</u>, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); <u>McKinney v. Carey</u>, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, <u>Porter v. Nussle</u>, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. <u>Jones</u>, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes __✓__    No _____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes __✓__    No _____

C. Is the process completed? **NO**

Yes _____    If your answer is yes, briefly explain what happened at each level.

No __✓__    If your answer is no, explain why not.

Because CDCR is not very compliant with my health concerns and even though I submitted a 602 I have not received any response. Also I notified L.A.S.! of their medical malpractice/negligence on 2-14-2020 and still have not received a response. I mailed them a letter to their headquarters located at 211 W. Temple St. Los Angeles, California 90012

### III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name _____ is employed as _____

Current Address/Place of Employment _____

B. Name _____ is employed as _____

Current Address/Place of Employment _____

C. Name _____ is employed as _____

Current Address/Place of Employment _____

D. Name _____ is employed as _____

Current Address/Place of Employment _____

E. Name _____ is employed as _____

Current Address/Place of Employment _____

### IV. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1**: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom from cruel and unusual punishment, etc.):

The right to adequate medical care, & the freedom from cruel and unusual punishment.

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

The Superior Courts of California Clara Sholtz ordered a medical order while I was detained at the CRDF facility. When I was seen by the doctor she used a scalpel and sliced my hand making a small incision then She pushed my skin together getting a piece of glass

Out of my right hand. As a doctor it was her responsibility to follow proper procedure and order an x-ray to make sure that it was all taken out. She did not do that. 2.7 years later approximately I still have glass lodged in my right hand which is trying to come out. I am in pain dailey. I notified them of this by sending L.A.S.D. a letter asking them to please assist me with this and was not responded to.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

right to medical care, And Freedom from Cruel and unusual punishment.

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

The L.A.S.D was extracting an inmate from her Cell the deputies were suited and geared up. Us inmates were transferred over to the other side of the building while the extraction was being performed. Hours later we were brought back into our module. I had recently moved into the dayroom. I was asked to help go into the cell to help clean it up and prepare it. I did not want to but I did. because it was a privelage

to be in the dayroom. The on duty L.A.S.D deputy should have safe guarded us inmates by not allowing anyone into the cell after being exposed to toxic chemicle agents until the cell was sprayed down and cleared from the toxcidity. The following morning after I took a shower I used Q-tips to dry my ears because I felt them moist inside. I thought it was from the shower but my ears were both bleeding from the eardrum, I reported it and was told that there were no doctors on the weekends

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the Courts to assist me by getting the piece of Glass out of my right hand by Court ordering L.A.S.D or CDCR to have it surgically removed, And I would like to be seen by an (ENT) Specialist for my ears. I also want to reserve my legal rights to pursue this case Emr upon my release.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4-20-2020   Signature of Plaintiff: *[signed] Enid M. Flores*

(Revised 4/4/14)



Enid Marie Flores
Cdc# WG0551
LA CADA-CCTRP
11121 Bloomfield Ave.
Santa Fe Springs,
Calif. 90670

United States District
Court "Central District of
California"

Office of the Clerk
255 East Temple Street, Room #180
Los Angeles, California
90012