UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:20-03805 DMG (ADS)                             Date:  August 3, 2021

Title:  *Enid Maria Flores v. Los Angeles Sheriff's Department, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|           Kristee Hopkins           |           None Reported           |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

   Plaintiff Enid Marie Flores filed a First Amended Complaint ("FAC") alleging three civil rights violations.  (Dkt. No. 14.)  The Court dismissed the FAC with leave to amend the complaint or to file a response by no later than June 7, 2021.  (See id.)  As of the date of this order, Plaintiff has failed to do either.

   Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**.  Plaintiff must file a written response by no later than **August 17, 2021**.  Plaintiff may respond to this Order to Show Cause by (a) filing a Second Amended Complaint; (b) voluntarily dismissing the claims; or (c) filing a statement with the Court indicating the desire to continue to move forward with the FAC despite the weaknesses noted by the Court in the Order Dismissing with Leave to Amend.

   Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

   **IT IS SO ORDERED.**

Initials of Clerk kh