JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ENID MARIE FLORES, | Case No. CV 20-03805 DMG (ADS) |
|---|---|
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| THE LOS ANGELES SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed pursuant to Federal Rule of Civil Procedure 41(b) with prejudice.

DATED: May 6, 2022

_____
DOLLY M. GEE
United States District Judge